# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | VIVIAN HALE STARR |
| **Case Number:** | 2:14-bk-18525-EPB    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JUNE 30, 2015 01:30 PM    7TH FLOOR #703 |
| **Bankruptcy Judge:** | EDDWARD P. BALLINGER JR. |
| **Courtroom Clerk:** | ANNETTE AGUILAR |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## *Matter:*

CONTINUED STATUS HEARING IN RE: CHAPTER 11 CASE

**R / M #:** 1 / 0

## *Appearances:*

ADAM E. HAUF, ATTORNEY FOR VIVIAN HALE STARR
LARRY WATSON, ATTORNEY FOR U.S. TRUSTEE

## *Proceedings:*

Mr. Hauf reports that debtor is still intending to file a liquidating plan but notes the plan relies heavily on the sale of debtor's residence. He is in the process of speaking to brokers to employ and potentially lowering the sale price of the home. He states a plan will be filed that will indicate debtors intention to liquidate everything.

Mr. Watson asks a deadline for the filing of a plan be set and notes operating reports need to be filed.

Mr. Hauf asks for 30 days to do so.

COURT: IT IS ORDERED Mr. Hauf is to file a plan and be up to date on quarterly reports on or before July 31, 2015. IT IS FURTHER ORDERED continuing this matter to September 8, 2015 at 1:30 p.m.