# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re: VIVIAN HALE STARR, Debtor(s)

CASE NO. 2:14-bk-18525-EPB  chapter 11

**INDIVIDUAL DEBTOR NOT ENGAGED IN BUSINESS MONTHLY REPORT**

MONTH OF: February, 2016

DATE PETITION FILED: December 18, 2014

TAX PAYER ID NO.: xxxx-xx-8707
(Debtor's Social Securtiy #) last 4 digits only

(Co-Debtor's Social Securtiy #)

Nature of Debtor's Business: Retired trial consultant
Nature of Co-Debtor's Business: ___

DATE DISCLOSURE STATEMENT FILED: 8-13-15   TO BE FILED: ___
DATE PLAN OF REORGANIZATION FILED: 8-13-15   TO BE FILED: ___

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY REPORT AND THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

RESPONSIBLE PARTY:

_Hale Starr_
ORIGINAL SIGNATURE OF DEBTOR

V Hale Starr
PRINTED NAME OF DEBTOR

4-1-16
DATE

PREPARER:

_Hale Starr_
ORIGINAL SIGNATURE OF PREPARER

V Hale Starr
PRINTED NAME OF PREPARER

SIGNATURE OF CO-DEBTOR

PRINTED NAME OF CO-DEBTOR

DATE

TITLE

DATE

PERSON TO CONTACT REGARDING THIS REPORT:
PHONE NUMBER:
ADDRESS:

FILE REPORT ELECTRONICALLY WITH THE COURT

Case Number: 2:14-bk-18525

# CASH SUMMARY

| | Bank Accounts | | | TOTAL |
|---|---|---|---|---|
| | Cash | Checking # 5103 | Savings # | # |
| Balance at Beginning of Period | | 8666.36 | | | 8666.36 |

### RECEIPTS

| | | | | | |
|---|---|---|---|---|---|
| Wages - Debtor | | | | | |
| Wages - Co-Debtor | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Gifts (money) | | | | | |
| SS Check | | 2812.00 | | | 2812.00 |
| Transfers from Other DIP Accounts | | | | | |
| Other (attach list) | | | | | |
| | | | | | |
| TOTAL RECEIPTS | | 2812.00 | | | 2812.00 |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL DISBURSEMENTS | | 2597.89 | | | 2597.89 * |
| Balance at End of Month | | 8875.47 | | | 8875.47 |

| CREDIT CARD ACTIVITY | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name Acct # | | | | |
| Name Acct # | | | | |
| Name Acct # | | | | |

### DISBURSEMENTS FOR CALCULATING QUARTERLY FEES:

| | |
|---|---|
| Total Disbursements (from above) | 2597.89 * |
| Plus: Payroll deductions (from page 4) | |
| Plus: Estate disbursements made by outside sources (payments from escrow; 2-party check; etc.) | |
| Less: Transfers between debtor-in-possession bank accounts | |
| **Total Disbursements for Calculating Quarterly Fees** | 2597.89 |

Page 2

Case Number: 2;14-bk-18525

# CASE STATUS
## QUESTIONAIRE

|  | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred during this reporting period? |  | ✓ |
| 2. Have you made any payments to an attorney or accountant this month? |  | ✓ |
| 3. Have any payments been made on prepetition liabilities during this reporting period? |  | ✓ |
| 4. Have any post-petition loans been received by the debtor(s) from any party? |  | ✓ |
| 5. Have any insurance policies or coverages expired? |  | ✓ |
| 6. Are any post-petition real estate taxes past due? | ✓ |  |
| 7. Have any pre-petition taxes been paid during this reporting period? |  | ✓ |
| 8. Do you expect any significant income changes within the next 90 days? |  | ✓ |
| 9. Are any U. S. Trustee quarterly fees delinquent? |  | ✓ |

Provide a detailed explaination of any "YES" answers to the above questions: (attach additional sheets if needed)

6. As reported previously

What progress has been made, during the reporting period, towards reorganinzing your estate ?


Case Number: 2:14-bk-18525

# DISBURSEMENT DETAIL
(INDIVIDUAL ACCOUNTS)

Month: February
Account # 5103
Bank Name: Wells Fargo

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | see attached | | |
| | | Total Cash/Electronic Disbursements | 2597.89 |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | NONE | | |
| Total checks listed on this page | | | | |
| Total checks listed on continuation pages | | | | |

TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) 2597.89

| Salary / Payroll | Pay Date | Gross Pay | less | Net Pay | = | Payroll Deductions |
|---|---|---|---|---|---|---|
| Debtor | | | | | | |
| | | | | | | |
| | | | | | | |
| Co-Debtor | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | Total Payroll Deductions - report on page 2 | | | |

Page 4

Case 2:14-bk-18525-EPB    Doc 77    Filed 04/05/16    Entered 04/05/16 12:51:11    Desc
Main Document    Page 4 of 7

# February
From Wells Fargo $2597.89

| Date | Item | Amount | |
|---|---|---|---|
| 2-6 | Yard maintenance | $220.00 | |
| 2-17 | APS | 248.11 | |
| 2-17 | Water (Town of Cave Creek) | 309.28 | |
| 2-17 | Chubb | $500.00 | |
| 2-22 | Car license registration | 179.00 | |
| 2-22 | Emissions test | 25.00 | |
| 2-22 | Costco gas | 17.25 | |
| 2-22 | Dish | 80.64 | |
| 2-22 | Costco groceries | 134.00 | 1,713.28 |
| 2-27 | Liberty Utilities (sewer) | 350.00 | |
| 2-28 | Steemer Carpet Cleaning | 109.00 | |
| 2-28 | Housecleaning (4 saturdays) | 400.00 | |
| | | | 2572.28 |

(ill all month w/ flu plus I had a mini-stroke)

# Wells Fargo Opportunity Checking<sup>SM</sup>

Account number: 5013 ■ February 1, 2016 - February 29, 2016 ■ Page 1 of 3



V HALE STARR
DEBTOR IN POSSESSION
CH11 CASE#14-18525 (AZ)
PO BOX 3048
CAREFREE AZ 85377-3048

### Questions?

Available by phone 24 hours a day, 7 days a week:
Telecommunications Relay Services calls accepted
**1-800-TO-WELLS**  (1-800-869-3557)

TTY: 1-800-877-4833
En español: 1-877-727-2932

華語  1-800-288-2288  (6 am to 7 pm PT, M-F)

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (038)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

 **IMPORTANT ACCOUNT INFORMATION**

Periodically, we may evaluate the timing of statements, monthly service fee assessment and interest payments to your accounts. We may adjust the timing in order to align your statement, monthly service fee assessment (if any) and interest payment dates with one another. You may receive a partial statement that reflects activity and interest payments from the last statement date to the date of the change. No monthly service fees will be assessed during a partial statement period and there will be no impact to your interest rate or compounding frequency.

### Activity summary

| | |
|---|---:|
| Beginning balance on 2/1 | $8,661.36 |
| Deposits/Additions | 2,812.00 |
| Withdrawals/Subtractions | - 2,597.89 |
| **Ending balance on 2/29** | **$8,875.47** |

Account number: 5013
V HALE STARR
DEBTOR IN POSSESSION
CH11 CASE#14-18525 (AZ)

Arizona account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 122105278

Sheet Seq = 0150250
Sheet 00001 of 00002



## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/8 | | Cash eWithdrawal in Branch/Store 02/06/2016 10:16 Am 36889 N Tom Darlington Carefree AZ 1957 | | 2,500.00 | 6,161.36 |
| 2/22 | | Recurring Payment authorized on 02/20 Autopay/Dish Ntwk 800-894-9131 CO S306051372871950 Card 1957 | | 80.64 | |
| 2/22 | | Purchase authorized on 02/20 Costco Gas #0738 Phoenix AZ P00306051656799446 Card 1957 | | 17.25 | 6,063.47 |
| 2/24 | | SSA Treas 310 Xxsoc Sec 022416 xxxxx8707A SSA V Hale Starr | 2,812.00 | | 8,875.47 |
| Ending balance on 2/29 | | | | | 8,875.47 |
| **Totals** | | | **$2,812.00** | **$2,597.89** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 02/01/2016 - 02/29/2016 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $6,063.47 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $2,812.00 ☑ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 2 ☐ |

JLJL