Kristin McDonald, Esq. (027082)
Lakshmi Jagannath, Esq. (027523)
**McCARTHY & HOLTHUS, LLP**
8502 E. Via De Ventura, Suite 200
Scottsdale, AZ 85258
Phone (480) 302-4250
Fax (480) 302-4101
bknotice@mccarthyholthus.com

Attorneys for Ocwen Loan Servicing, LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass -Through Certificates, Series 2005-R7, its assignees and/or successors, by and through its servicing agent Ocwen Loan Servicing, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>Vivian Hale Starr,<br><br>Debtor. | Case No. 2:14-bk-18525-EPB<br><br>Chapter 11<br><br>**STIPULATION FOR CLAIM TREATMENT**<br><br>Re: 34636 N Sunset Trl<br>Carefree, AZ 85377 |

Ocwen Loan Servicing, LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass -Through Certificates, Series 2005-R7, its assignees and/or successors, by and through its servicing agent Ocwen Loan Servicing, LLC ("Secured Creditor") and Vivian Hale Starr ("Debtor"), by and through their attorneys of record, enter into this Stipulation for Claim Treatment regarding Secured Creditor's claim secured by real property commonly known as 34636 N Sunset Trl, Carefree, AZ 85377 ("Subject Property") and hereby stipulate and agree as follows:

///

## RECITALS

1. On or about 6/22/2005, Ameriquest Mortgage Company entered into a contract with Vivian Hale Starr wherein the Debtor agreed to pay the amount of $5,370.86 or more, on or before the first day of every month, beginning on or about August 1, 2005. The obligation is evidenced by a promissory note ("Note") and secured by a deed of Trust ("Deed of Trust") (collectively the "Subject Loan").

2. The Deed of Trust was timely and duly recorded and perfected in accordance with Arizona state law at Instrument No. 2005-0894702 in the office of the Maricopa County Recorder.

3. Secured Creditor is the holder of the Note and the beneficiary under the Deed of Trust that is secured by the Subject Property and is the real party in interest.

4. On 12/18/2014, the Debtor filed a voluntary Chapter 11 petition seeking relief under Title 11 of the United States Code.

5. On 4/1/2015, Secured Creditor filed a secured Proof of Claim, Claims register 6, in the amount of $810,558.37.

## AGREEMENTS

6. Secured Creditor and the Debtor agree that any and all stays against lien enforcement, including the automatic stay of 11 U.S.C. § 362(a) and the automatic injunction of 11 U.S.C. § 524(a), are terminated and vacated as of the entry of the order approving this stipulation with respect to the property generally described as 34636 N Sunset Trl, Carefree, AZ 85377.

7. Secured Creditor, its assignees and/or successors in interest, may proceed with a foreclosure of and hold a Trustee's sale of the subject property pursuant to the state law, and thereafter commence any action necessary to obtain complete possession of the subject property without further court order or proceeding being necessary.

8. Secured Creditor will not hold a Trustee's sale until the expiration of six months following the date of the entry of the order approving the stipulation.

File No. AZ-14-110183  
Re: 34636 N Sunset Trl

2

Case No. 2:14-bk-18525-EPB  
Stipulation for Claim Treatment

Case 2:14-bk-18525-EPB    Doc 81    Filed 05/24/16    Entered 05/24/16 14:15:33    Desc  
Main Document    Page 2 of 3

9. In the event this case is converted or dismissed, this Stipulation shall become null and void and Secured Creditor shall retain its lien in the full amount due under the Subject Loan and the Automatic Stay shall be immediately terminated without further notice, order or proceeding of the Court.

10. The terms of this Stipulation are contingent on the substantive consummation of the Debtor's confirmed Plan. The terms of this Stipulation may not be modified, altered or changed by the Plan, any confirmation order thereon, any subsequently filed Amended Chapter 11 Plan and confirmation order thereon without the express written consent of Secured Creditor.

11. The Debtor has filed a Chapter 11 Plan, and confirmation is pending. Should the terms of the Plan or subsequent Amended Plan(s) and this Stipulation conflict, then the terms of this Stipulation shall control.

12. Secured Creditor's execution of this Stipulation shall constitute a ballot voting in favor of the Debtor's Chapter 11 Plan and Secured Creditor shall be deemed to have voted in favor of the Plan for both its Secured and Unsecured Claims.

13. Except as otherwise expressly provided herein, all remaining terms of the Promissory Note and Deed of Trust not modified herein shall remain in effect and shall govern treatment of Secured Creditor's Total Allowed Secured Claim.

14. Each party is to bear their own fees and costs.

**IT IS SO STIPULATED:**

**McCARTHY & HOLTHUS, LLP**

Dated: 5/24/2016

by /s/ Kristin McDonald, Esq.
Kristin McDonald, Esq.
Attorneys for Secured Creditor

**HAUF LAW, PLC**

Dated: 5/24/2016

by [signature] by and with the authority of:
Adam E. Hauf
Attorney for Debtor

File No. AZ-14-110183
Re: 34636 N Sunset Trl

3

Case No. 2:14-bk-18525-EPB
Stipulation for Claim Treatment

Case 2:14-bk-18525-EPB    Doc 81    Filed 05/24/16    Entered 05/24/16 14:15:33    Desc
Main Document    Page 3 of 3