# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | VIVIAN HALE STARR |
| **Case Number:** | 2:14-BK-18525-EPB    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, MAY 25, 2016 10:00 AM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | EDDWARD P. BALLINGER JR. |
| **Courtroom Clerk:** | ANNETTE FRANCHELLO |
| **Reporter / ECR:** | MICHELLE RADICKE-STEVENSON |

## *Matter:*

CONTINUED HEARING ON CONFIRMATION OF DEBTOR'S PLAN

**R / M #:**   36 / 0

## *Appearances:*

ADAM E. HAUF, ATTORNEY FOR VIVIAN HALE STARR
MICHAEL J. ROGERS, ATTORNEY FOR JPMORGAN CHASE BANK

## *Proceedings:*

Mr. Hauf informs the Court that debtor has signed a stipulation with regard to the first lien holder. He has spoken with counsel for Chase and agreed to treat them according to the contract. He has to bring reports current and will then finalize the order confirming debtor's plan. He states that debtor is currently investigating realtors to work on liquidating her property. He asks for a 30-day continuance.

Mr. Rogers has nothing to add.

COURT: IT IS ORDERED continuing this matter to June 23, 2016 at 10:00 a.m.

Case 2:14-bk-18525-EPB    Doc 84    Filed 05/25/16    Entered 05/26/16 08:15:03    Desc
Main Document    Page 1 of 1