# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | VIVIAN HALE STARR | | |
| **Case Number:** | 2:14-BK-18525-EPB | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, JUNE 23, 2016 10:00 AM   7TH FLOOR #703 | | |
| **Bankruptcy Judge:** | EDDWARD P. BALLINGER JR. | | |
| **Courtroom Clerk:** | ANNETTE FRANCHELLO | | |
| **Reporter / ECR:** | MARGARET KELLY | | |

## *Matter:*

CONTINUED HEARING ON CONFIRMATION OF DEBTOR'S PLAN

**R / M #:**   36 / 0

## *Appearances:*

LEONARD MCDONALD, ATTORNEY FOR JPMORGAN CHASE BANK

## *Proceedings:*

Mr. McDonald has not heard from debtor's counsel. He notes that the matter has tentatively settled and is waiting for the stipulated order of confirmation.

**COURT:  IT IS ORDERED** continuing this matter to July 6, 2016, at 10:00 a.m.  **IT IS FURTHER ORDERED** setting an Order to Show Cause as to why sanctions should not be entered for debtor's counsel failure to appear.

Case 2:14-bk-18525-EPB    Doc 87    Filed 06/23/16    Entered 06/27/16 10:33:31    Desc
Main Document      Page 1 of 1